FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 01, 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DAVID OURLICHT,

                                    Plaintiff,

    -against-

CITY OF NEW YORK, POLICE OFFICER ASHLEY
GRIFFITH AND POLICE OFFICER JOSHUA
STEMBRIDGE,
                                Defendants.
----------------------------------------------------------X

JUDGMENT
19 CV 3651 (ENV) (RML)

Defendants City of New York having offered to allow Plaintiff David Ourlicht to take a judgment against them in this action for the total sum of Ten Thousand and One ($10,001.00) Dollars, plus reasonable attorneys' fees, expenses, and costs to the date of this offer for Plaintiff David Ourlicht's federal claims and Plaintiff David Ourlicht having accepted said offer; it is

ORDERED and ADJUDGED that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff David Ourlicht and against the City of New York only in the total sum of Ten Thousand and One ($10,001.00) Dollars, plus reasonable attorneys' fees, expenses and costs.

In accordance with the offer of judgment, this judgment is in full satisfaction of all federal and state law claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

This offer of judgment may only be accepted by written notice within 14 days after being served.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by plaintiff arising out of the facts and circumstances that are the subject of this action.

Acceptance of this offer of judgment also will operate to waive plaintiff's rights to any claim for interest on the amount of the judgment.

Plaintiff David Ourlicht agrees that payment of TEN THOUSAND AND ONE ($10,001.00) DOLLARS within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment, unless plaintiff received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will provide, payment in full or in part. If plaintiff David Ourlicht is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date plaintiff submits to counsel for defendants a final demand letter from Medicare.

By acceptance of this Rule 68 Offer of Judgment, plaintiff David Ourlicht agrees to resolve any claim that Medicare may have for reimbursement of conditional payments it has made as secondary payer, and a Medicare Set-Aside Trust shall be created, if required by 42 U.S.C. $ 1395y(b) and 42 C.F.R. $$ 411.22 through 411.26. Plaintiff David Ourlicht further

agrees to hold harmless defendants and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, regarding any past and/or future Medicare payments, presently known or unknown, made in connection with this matter.

Dated: Brooklyn, New York  
       October 1, 2019

Douglas C. Palmer  
Clerk of Court

by:   */s/ Jalitza Poveda*  
     Deputy Clerk