

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

DAVID OURLICHT,

                      Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER ASHLEY GRIFFITH AND POLICE OFFICER JOSHUA STEMBRIDGE,

                      Defendants.
----------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT OF ATTORNEY'S FEES, EXPENSES, AND COSTS**

19 cv 03651-ENV-RML (NG) (VMS)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 0 3 2020 ★
BROOKLYN OFFICE

        **WHEREAS,** plaintiff David Ourlicht commenced this action by filing a complaint on or about June 21, 2019, alleging that defendants The City of New York, Ashley Griffith and Joshua Stembridge violated his federal civil and state common law rights; and

        **WHEREAS,** the City served plaintiff with an Offer of Judgment pursuant to Fed. R. Civ. P. 68 on September 9, 2019; and

        **WHEREAS**, plaintiff accepted the City's Rule 68 Offer of Judgment on September 23, 2019; and

        **WHEREAS**, all defendants deny any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties have resolved the issue of attorneys' fees, expenses, and costs;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, that this action is hereby dismissed without prejudice.

| | |
|---|---|
| BELDOCK, LEVINE & HOFFMAN LLP<br>*Attorneys for Plaintiff*<br>99 Park Avenue, 26/PH Suite<br>New York, New York 10016 | JAMES E. JOHNSON<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendant City of New York,*<br>*Griffith and Stembridge*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: *[signature]*<br>Jonathan C. Moore | By: *[signature]*<br>Elissa Fudim |
| | SO ORDERED:<br><br>s/ Eric N. Vitaliano<br>―――――――――――――<br>Eric N. Vitaliano<br>UNITED STATES DISTRICT JUDGE |
| Dated: New York, New York<br>January 31, 2020 | |

*The Clerk of Court is respectfully directed to close this case.*

2